# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

CR 08 0569 CRB

CRYSTAL ANTHONY
a/k/a Crystal Thomas

DEFENDANT(S).

---

## INDICTMENT

Violation: 21 U.S.C. Section 841(a)(1) - Possession of a Controlled Substance with Intent to Distribute; 21 U.S.C. Section 841(a)(1) - Distribution of a Controlled Substance

---

INDICT
A true bill.

_____
Foreman

Filed in open court this 21 day of AUGUST 2008

_____
Clerk

Bail, $ No bail warrant



1 JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

FILED

AUG 2 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | CR 08  0569 CRB |
|---|---|
| Plaintiff, | VIOLATION: 21 U.S.C. § 841(a)(1) -- Possession of a Controlled Substance with Intent to Distribute; 21 U.S.C. § 841(a)(1) -- Distribution of a Controlled Substance |
| v. | |
| CRYSTAL ANTHONY, a/k/a Crystal Thomas, | |
| Defendant. | SAN FRANCISCO VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE:    (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(iii))

On or about August 8, 2007, in the Northern District of California, the defendant,

CRYSTAL ANTHONY,
a/k/a Crystal Thomas,

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, to wit: 5 grams or more of a mixture or substance containing cocaine base, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(iii).

INDICTMENT

1 | COUNT TWO:     (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

2 | On or about March 24, 2008 in the Northern District of California, the defendant,

CRYSTAL ANTHONY,
a/k/a Crystal Thomas,

did knowingly and intentionally distribute a Schedule II controlled substance, to wit: a mixture and substance containing cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

DATED: 8-21-08

A TRUE BILL.

_____
FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

_____
BRIAN J. STRETCH
Chief, Criminal Division

(App'd as to form: _____
AUSA Lowder

INDICTMENT